709 A.2d 794

SHERI FRANKEL, PLAINTIFF–RESPONDENT, v. MOTOR CLUB OF AMERICA INSURANCE COMPANIES, ET AL., DEFENDANTS–PETITIONERS.

May 27, 1998.

Petition for certification is granted and the matter is summarily reversed and remanded to the trial court for further proceedings consistent with *Magnifico v. Rutgers Casualty Insurance Co.*, 153 *N.J.* 406, 710 *A.*2d 421 (decided May 12, 1998).

709 A.2d 794

STATE FARM INSURANCE COMPANY, PLAINTIFF– PETITIONER, v. SUZANNE GREGORY, DEFENDANT–RESPONDENT.

May 27, 1998.

Petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *New Jersey Manufacturers v. Breen*, 153 *N.J.* 424, 710 *A.*2d 421 (1998).